Halu, Judge,
 

 after stating- the case as- above, pro-, reeded: From every circumstance connected " with this case I am led to believe, that
 
 Jeffreys
 
 bad authority, to sell the land, but was to apply the purchase money, foi* the benefit of the plaintiffs artd others, .interested .in, the deed of trust to
 
 Moore',
 
 and as,he was -authorized to sell the land, no distrust of his fidelity in accounting for .that purchase money was manifested at the time of the sale. The substance of the complaint then is, not that he sold ; the land, but that the plaintiffs have been. defrauded
 
 o&
 
 the purchase money; and the question arises whether the-bank is liable for the misconduct of
 
 Jeffreys,
 
 the trustee ? If there Avas any ground to believe, that there was any collusion or contrivance between the officers of the bank and the trustee, our decision Avould be different. The defendant, the president of the bank, denies that he had notice of any trust, on behalf of the plaintiffs; but. I cannot rest upon that.
 
 Jeffreys
 
 in his deposition, proves something very much like notice; . He is asked Avhether
 
 Boylan
 
 knew, that-the plaintiffs
 
 Hunt
 
 and
 
 Harrison
 
 had any interest in the sale of the land in controversy. He answers, that-he had, so far as regarded
 
 Hunt,
 
 And this corresponds with the note of
 
 Jeffreys
 
 to
 
 Hunt, that(i Boylan
 
 was at his house, and would wait till he had a return” to that note. But admitting that
 
 Boylan
 
 had notice, Avhat Avas it ? That
 
 Jeffreys
 
 had aw.
 
 *64
 
 thoriiy to sell-the land, and that there was a personal confidence reposed in him, that he would properly apply the proceeds of the sale, for the benefit of those interested in the deed of trust, executed by
 
 Davis
 
 to
 
 Moon.
 
 There was no trust or equitable lien upon the land in the deed from
 
 Moon
 
 to
 
 Jeffreys. Jeffreys
 
 held a clear title to the land. Butitwas admitted by all concerned, that the sureties had an interest in it. And if
 
 Boylan
 
 knew it also, how impossible it was for him to know of the particular advances made by each surety, and what particular part of the purchase money he was entitled to receive*. . It appears, that some debts were paid by the sale of the land, for which
 
 Jeffreys
 
 was personally responsible. But it also appears, that he sold for a great price, more than
 
 $
 
 6000, some of his own lands to the.bank; so that, independently of his own debts paid off by the sale of the two tracts of land, he received bonds and money to a considerable
 
 amount;
 
 perhaps enough to enable him 1;o do justice to the plaintiffs, if he had had no other resources. 'Bül he has not been called upon by process of law, as far as appears, to come to a settlement with the plaintiffs. And if the hank was even ultimately liable to the plaintiffs, for the purchase money, it would be iniquitous that they should be called upon to pay it twice, when
 
 Jeffreys,
 
 to whom they have once paid it, had not been called upon to account.
 

 Abona fideyarí-
 
 dee, who has notice that there is a personal ■ confidence be.tween the'trustee and
 
 cestuis que trust,
 
 to sell and divide the purchase money, is’ not affected by equities subsisting between the latter.
 

 And especially he,is not bound t'o notice the right of the
 
 ces-tuis que trust
 
 to portions of the purchase money where their amount is disputed.
 

 I think, upon the whole view of the case, that as
 
 Jef-freys
 
 was trusted by those interested to sell the land, he was trusted to receive the proceeds of the
 
 sale;
 
 and that in the absence of collusion and fraud between liim and the bank, the latter is not liable. None has been proved. Full value was given by the bank for the land, and it does not even satisfactorily appear, that
 
 Jeffreys
 
 has misapplied the consideration, which the bank gave for the land. But I have not’ particularly adverted to that, as it is not now in contestation between the parties in this suit. I am of opinion that the bill be dismissed with costs.
 

 Bek Cukiam. — Deckee accoKBijjrgut.-